IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION FILE |
| KYLE JOHNSON, | NO. 1:15-CR-211-MHC-LTW |
| Defendant. | |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker [Doc. 39] recommending that Defendant be found not competent to stand trial and that he be committed to the Attorney General for further evaluation. The Order for Service of the R&R [Doc. 40] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. See also FED. R. CRIM. P. 59(a). The parties have notified the Court that no objections will be filed. Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1) (2012), and need only satisfy itself that there is no plain error on the face of the record. See

United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 39] as the Opinion and Order of this Court.  Defendant is found **NOT COMPETENT** to stand trial and it is hereby **ORDERED** that, in accordance with 18 U.S.C. § 4241(d)(1), Defendant shall be committed to the custody of the Attorney General for a reasonable period of time, not to exceed four months, to allow for an assessment of "whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(1).  It is further **ORDERED** that Defendant's Motion to Suppress Statements [Doc. 13] and Motion to Suppress Photographic Lineups and In-Court Eyewitness Identifications [Doc. 16] are **DENIED WITHOUT PREJUDICE** to be renewed if Defendant is later found competent to proceed with this case.

**IT IS SO ORDERED** this 8th day of November, 2016.

_____
MARK H. COHEN
United States District Judge