# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

KYLE JOHNSON,

      Defendant.

CRIMINAL ACTION FILE

NO. 1:15-CR-211-MHC-LTW

## <u>ORDER</u>

This action comes before the Court on the January 14, 2021, Final Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker [Doc. 114] recommending that Defendant be found competent to stand trial. The Order for Service of the R&R [Doc. 115] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. The R&R itself indicates that the parties stipulated to the competency findings in the psychologist's report. R&R at 3. This Court also inquired of the parties before the change of plea hearing held on January 14, 2021, whether they intended to file any objections to the R&R, and they affirmatively waived their right to file objections and indicated they consent to the competency finding.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 114] as the Opinion and Order of the Court.  It is hereby **ORDERED** that Defendant is found **COMPETENT TO STAND TRIAL**.

**IT IS SO ORDERED** this 14th day of June, 2021.

_____
MARK H. COHEN
United States District Judge

2